UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L. COX,<br><br>        Plaintiff,<br><br>    v.<br><br>PAT GLEBE et al.<br><br>        Defendants. | CASE NO. C13-5073 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendants' motion to dismiss is granted in part and denied in part consistent with the Report and Recommendation. Defendants Glebe and Williamson remain in the action. The Court dismisses all other defendants with prejudice.

DATED this 9th day of May, 2013.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1