HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN L. COX,

    Plaintiff,

v.

PAT GLEBE, JOSHUA SENDAWULA, JOE WILLIAMSON, KERRI MCTARSNEY, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, STATE OF WASHINGTON,

    Defendant.

CASE NO. C13-5073 RBL

ORDER DENYING MOTION FOR EXTENSION OF TIME AND ADOPTING REPORT AND RECOMMENDATION

    John Cox's retaliation claim was removed to this Court on February 1, 2013. The Court previously dismissed Cox's claims against all of the Defendants except Pat Glebe and Joe Williamson. Glebe and Williamson filed a motion for summary judgment on September 27th, and Cox was informed that his failure to respond would result in the dismissal of the rest of his claims. Nevertheless, Cox failed to respond, and on November 11th, Magistrate Judge Creatura issued a Report recommending that Defendants' motion be granted.

    Cox did not file an objection to the Report and Recommendation within 14 days, but on December 5th, he filed a motion for an extension of time. Cox requests that he be given until

January 17, 2014, so that he can obtain evidence that is "necessary to proceed in this action." Notably, Cox does not request more time so that he can complete an objection to Judge Creatura's Report and Recommendation. He requests more time to obtain evidence presumably to respond to Defendants' motion for summary judgment. Cox has already missed his opportunity to respond to the Defendants' motion, however. Granting Cox an extension of time to obtain evidence would be pointless at this stage of the litigation. Cox's motion for an extension of time (Dkt. #24) is DENIED.

The Court, having reviewed the Report and Recommendation of the Hon. J. Richard Creatura and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court grants defendants' motion for summary judgment. Defendant Glebe's actions cannot be depicted as retaliation because they furthered legitimate penological goals. Plaintiff failed to come forward with admissible evidence to support his allegations against defendant Williamson;

(3) The Court revokes in forma pauperis status for purpose of appeal.

Dated this 9th day of December, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR EXTENSION
OF TIME AND ADOPTING REPORT AND
RECOMMENDATION- 2